O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND VALLEJO,                    )        Case No. CV 11-01840-PSG (OP)
                                    )
                                    )        ORDER ACCEPTING FINDINGS,
                Petitioner,         )        CONCLUSIONS, AND
        v.                          )        RECOMMENDATIONS OF
                                    )        UNITED STATES MAGISTRATE
                                    )        JUDGE
M. D. McDONALD, Warden,             )
                                    )
                                    )
                Respondent.         )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
Petition, records on file, the Amended Report and Recommendation of the United
States Magistrate Judge, and Petitioner's Objections thereto.  The Court has engaged
in a de novo review of those portions of the Amended Report and Recommendation
to which Petitioner has objected.    The Court accepts the findings and
recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED  that Judgment be entered:  (1) accepting this Amended

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  First Amended Petition and dismissing this action with prejudice.

4

5

6  DATED:  April 18, 2013

7                              HONORABLE PHILIP S. GUTIERREZ
                               United States District Judge

8

9

10  Prepared by:

11

12

13  HONORABLE OSWALD PARADA
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                2